UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

_____

| | |
|---|---|
| DANIEL J. COLVIN and CENA M-M TECCA, | JUDGMENT IN A CIVIL CASE |
| Plaintiffs, | CV 20-40-BLG-SPW |
| vs. | |
| LAKEVIEW LOAN SERVICING, LLC, | |
| Defendant. | |

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant and against Plaintiffs, and that this action is DISMISSED.

Dated this 25th day of January, 2021.

TYLER P. GILMAN, CLERK

By: /s/ T. Gesh
T. Gesh, Deputy Clerk